IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
                                               :
UNITED STATES OF AMERICA        :      3:14 CR 127 (JBA)
                                               :
v.                                             :
                                               :      DATE: JUNE 18, 2014
KIEJUAN HAUGABOOK               :
                                               :
-----------------------------------------------x
```

## ORDER OF DETENTION

Insofar as defendant is already in state custody on unrelated criminal charges, defense counsel agrees that the issue of bond is academic. Therefore, by agreement of counsel, the Government's Motion for Pretrial Detention is <u>granted</u>, without prejudice to defendant filing a Motion for Reconsideration, if and when his release from state custody appears imminent, **<u>with prior notification to the U.S. Probation Office</u>**. If a written Motion for Reconsideration is filed, **<u>a courtesy copy MUST be provided to this Magistrate Judge's Chambers</u>**.

Dated at New Haven, Connecticut, this 18th day of June, 2014.

/s/ Joan G. Margolis, USMJ
Joan G. Margolis
U.S. Magistrate Judge